No. 501, Misc.   GOODALL *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Alfred Goldstein* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Israel Convisser* for the United States.

No. 502, Misc.   LAMORA *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Jerome Goldman* for petitioner.   *Carson Hoy* for respondent.

No. 504, Misc.   LICZNERSKI *v.* UNITED STATES ET AL. C. A. 3d Cir.   Certiorari denied.   *Milford J. Meyer* for petitioner.   *Solicitor General Perlman* filed a memorandum for the United States, respondent, stating that the Government in effect occupies the role of a stakeholder and takes no position as to whether the writ of certiorari should issue.   *John Patrick Walsh* for Rickards, respondent.

No. 509, Misc.   ODEN *v.* HILL, WARDEN.   Supreme Court of Utah.   Certiorari denied.

No. 512, Misc.   MOORE *v.* SHUTTLEWORTH, WARDEN. C. A. 6th Cir.   Certiorari denied.

No. 514, Misc.   BURCHFIELD *v.* HIATT, WARDEN.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Perlman* for respondent.

No. 515, Misc.   BYERS *v.* TEMPLE.   United States Court of Appeals for the District of Columbia Circuit.